Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–27200–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward M Drake
   76 Valley View Road
   High Bridge, NJ 08829

Social Security No.:
   xxx–xx–3962

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 9/07/2016 and a confirmation hearing on such Plan has been scheduled for 1/24/2017.

The debtor filed a Modified Plan on 12/30/2016 and a confirmation hearing on the Modified Plan is scheduled for 2/14/2017 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: January 3, 2017
JJW: mmf

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Edward M Drake  
    Debtor

Case No. 16-27200-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Jan 03, 2017  
                     Form ID: 186       Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2017.
```
db               +Edward M Drake,    76 Valley View Road,    High Bridge, NJ 08829-1318
516442839        +Bayview Loan Servicing, LLC,    McCalla Raymer Pierce, LLC,    c/o Bankruptcy Department,
                   1544 Old Alabama Road,    Roswell, GA 30076-2102
516380737         Bayview Loan Servicing, LLC,    PO Box 331409,    Miami, FL 33233-1409
516380738        +KML Law Group,    216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 03 2017 23:48:02     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 03 2017 23:47:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516380736       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 03 2017 23:48:26
                 Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Miami, FL 33146-1873
                                                                                             TOTAL: 3
```

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2017                                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2017 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A. as Trustee for LSF9 MASTER
               PARTICIPATION TRUST by CALIBER HOME LOANS, INC. dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Joan Sirkis Warren    on behalf of Debtor Edward M Drake joan@joanlaverylaw.com
                                                                                             TOTAL: 4
```