Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16–27200–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Edward M Drake
76 Valley View Road
High Bridge, NJ 08829

Social Security No.:
xxx–xx–3962

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/16/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 17, 2018
JAN: kmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-27200-MBK
Edward M Drake                                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin                  Page 1 of 1              Date Rcvd: May 17, 2018
                               Form ID: 148                 Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
db           +Edward M Drake,    76 Valley View Road,    High Bridge, NJ 08829-1318
cr           +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
516442839    +Bayview Loan Servicing, LLC,    McCalla Raymer Pierce, LLC,    c/o Bankruptcy Department,
              1544 Old Alabama Road,    Roswell, GA 30076-2102
516380737     Bayview Loan Servicing, LLC,    PO Box 331409,    Miami, FL 33233-1409
516380738    +KML Law Group,    216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
517088367    +U.S. BANK TRUST, N.A.ET.AL.,    CALIBER HOME LOANS, INC.,
              BANKRUPTCY DEPARTMENT,13801 WIRELESS WAY,    OKLAHOMA CITY OK 73134-2500
516611779    +U.S. Bank Trust, N.A.,    Caliber Home Loans, Inc.,    13801 WIRELESS WAY,
              OKLAHOMA CITY OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 17 2018 22:58:29     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2018 22:58:27      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516380736    +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 17 2018 22:58:50
              Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Miami, FL 33146-1873
516845380    +E-mail/Text: ECMBKMail@Caliberhomeloans.com May 17 2018 22:59:19      Caliber Home Loans, Inc.,
              13801 Wireless Way,    Oklahoma City, OK 73134-2500
516611056    +E-mail/Text: ECMBKMail@Caliberhomeloans.com May 17 2018 22:59:19      Caliber Home Loans, Inc.,
              P.O. BOX 24330,    OKLAHOMA CITY OK 73124-0330
                                                                                   TOTAL: 5


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Caliber Home Loans,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                              Signature:   /s/Joseph Speetjens

─────────────────────────────────────────────────────────────────────────────────────

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
        Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
        Albert Russo    docs@russotrustee.com
        Andrew L. Spivack    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
         PARTICIPATION TRUST nj.bkecf@fedphe.com
        Denise E. Carlon    on behalf of Creditor   U.S. BANK TRUST, N.A. as Trustee for LSF9 MASTER
         PARTICIPATION TRUST by CALIBER HOME LOANS, INC. dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Joan Sirkis Warren    on behalf of Debtor Edward M Drake joan@joanlaverylaw.com
        Nicholas V. Rogers    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
         PARTICIPATION TRUST nj.bkecf@fedphe.com
                                                                                   TOTAL: 6